**No. 11-7720. Paul Conrad Sowden, Petitioner v. United States.**

565 U.S. 1138, 132 S. Ct. 1071, 181 L. Ed. 2d 785, 2012 U.S. LEXIS 497.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-7727. Sergio Mujica, Petitioner v. United States.**

565 U.S. 1138, 132 S. Ct. 1071, 181 L. Ed. 2d 785, 2012 U.S. LEXIS 487.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 442 Fed. Appx. 856.